UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | | Case No.: | 17-30856 |
|---|---|---|---|
| Jasmine T. Jones | | Chapter: | 7 |
| | | Judge: | ABA |

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, ____Chapter 7 Trustee____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:   Mitchell H. Cohen US Courthouse
> 401 Market Street
> Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenberg, Jr._____ on _____02/06/18_____ at ___10___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:   31 Village Green Lane
> Sicklerville, NJ
> Value $230,800.00

> Liens on property:                    Round Point Mortgage
> $184,995.00

> Amount of equity claimed as exempt:  $23,675.00

Objections must be served on, and requests for additional information directed to:

Name:       Brian S. Thomas, Chapter 7 Trustee

Address:    327 Central Avenue, Suite 103, Linwood, NJ 08221

Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-30856-ABA
Jasmine T. Jones                                                          Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 2              Date Rcvd: Jan 09, 2018
                                 Form ID: pdf905          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2018.
db             +Jasmine T. Jones,    713 Bradley Court,   Mount Laurel, NJ 08054-4212
cr             +ROUNDPOINT MORTGAGE SERVICING CORPORATION,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                Winterville, NC 28590-8872
517121802       Acima Credit,   601 Lewis St, Orange,    Sandy, UT 84070
517121805      +Argosy University,    601 Lewis St, Orange,   Orange, CA 92868-4844
517121806      +Ati physical Therapy,    2032 New Castle Ave,,    New Castle, DE 19720-7703
517121808      +BGE,   110 W Fayette St, Baltimore,    Baltimore, MD 21201-3708
517121809     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One,   PO Box 85015,   Richmond, VA 23285-5015)
517121812      +Department Of Education,    11100 USA Pkwy,   Sallie Mae,   Fishers, IN 46037-9203
517121813      +Evans Court,   Po Box 580,   Lakewood, NJ 08701-0580
517121814      +Fast Track Urgent Care,    13428 New Hampshire Ave,   Silver Spring, MD 20904-1264
517121815      +Finger Hut,   P O Box 701,   Chesterfield, MO 63006-0701
517121817      +Guardian Protection Services,    PO Box 37751,   Philadelphia, PA 19101-5051
517121820       Mri,   Po Box 7247-0311,   Philadelphia, PA 19170-0311
517121821      +Nova Southeastern,    3301 College Ave,   Fort Lauderdale, FL 33314-7796
517121822      +PSEG Power LLC,   80 Park Plaza,   Newark, NJ 07102-4109
517121823      +RoundPoint Mortgage,    5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1934
517121826       Wells Fargo,   PO Box 60510,   Bobs F,   Los Angeles, CA 90060-0510
517121825       Wells Fargo,   PO Box 60510,   Los Angeles, CA 90060-0510
517121827      +Wffnatbank,   PO Box 94498,   Las Vegas, NV 89193-4498
517121828      +willow Lake Apartments,    13010 Old Stagecoach Rd,   Laurel, MD 20708-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2018 23:11:47     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2018 23:11:45     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517121807      +E-mail/Text: bk@avant.com Jan 09 2018 23:12:34     Avant,   222 N. Lasalle St. Suite 1700,
                Chicago, IL 60601-1101
517121811       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 09 2018 23:12:31     Comcast,
                PO Box 3006,   Southeastern, PA 19398-3006
517121816      +E-mail/Text: accountservices@greenlineloans.com Jan 09 2018 23:12:21     Greenline Loans,
                PO Box 507,   Hays, MT 59527-0507
517121819      +E-mail/Text: cio.bncmail@irs.gov Jan 09 2018 23:11:23     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                        TOTAL: 6

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517121804       Amplyfing
517121824       Webpay
517121818       interface photography,   4364 Rue Becket, Pierrefonds
517121803*      Acima Credit,   601 Lewis St, Orange,   Sandy, UT 84070
517121810*     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One,   PO Box 85015,   Richmond, VA 23285-5015)
                                                                            TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                    Signature:   /s/Joseph Speetjens

District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 09, 2018
                             Form ID: pdf905            Total Noticed: 27

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2018 at the address(es) listed below:
        Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
         bthomas@ecf.epiqsystems.com
        Brian  Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
        John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
         Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        Rebecca Ann Solarz   on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORPORATION
         rsolarz@kmllawgroup.com
        Seymour  Wasserstrum   on behalf of Debtor Jasmine T. Jones mylawyer7@aol.com,  ecf@seymourlaw.net
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                TOTAL: 6