**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jasmine T. Jones<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6629<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–30856–ABA | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jasmine T. Jones
aka Jasmine Aevedo, aka Jasmine Galloway,
aka Jasmine Childs

1/19/18                                                            **By the court:**   Andrew B. Altenburg Jr.
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                     Case No. 17-30856-ABA
Jasmine T. Jones                                           Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin                Page 1 of 2         Date Rcvd: Jan 19, 2018
                             Form ID: 318               Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db             +Jasmine T. Jones,    713 Bradley Court,    Mount Laurel, NJ 08054-4212
cr             +ROUNDPOINT MORTGAGE SERVICING CORPORATION,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517121802       Acima Credit,    601 Lewis St, Orange,    Sandy, UT 84070
517121805      +Argosy University,    601 Lewis St, Orange,    Orange, CA 92868-4844
517121806      +Ati physical Therapy,    2032 New Castle Ave,,   New Castle, DE 19720-7703
517121808      +BGE,   110 W Fayette St, Baltimore,    Baltimore, MD 21201-3708
517121812      +Department Of Education,    11100 USA Pkwy,    Sallie Mae,    Fishers, IN 46037-9203
517121813      +Evans Court,    Po Box 580,    Lakewood, NJ 08701-0580
517121814      +Fast Track Urgent Care,    13428 New Hampshire Ave,    Silver Spring, MD 20904-1264
517121815      +Finger Hut,    P O Box 701,    Chesterfield, MO 63006-0701
517121817      +Guardian Protection Services,    PO Box 37751,    Philadelphia, PA 19101-5051
517121820       Mri,   Po Box 7247-0311,    Philadelphia, PA 19170-0311
517121821      +Nova Southeastern,    3301 College Ave,    Fort Lauderdale, FL 33314-7796
517121822      +PSEG Power LLC,    80 Park Plaza,    Newark, NJ 07102-4109
517121823      +RoundPoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1934
517121828      +willow Lake Apartments,    13010 Old Stagecoach Rd,    Laurel, MD 20708-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBTHOMAS.COM Jan 19 2018 23:13:00      Brian Thomas,    Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2018 23:17:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2018 23:17:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: WFFC.COM Jan 19 2018 23:13:00      Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                 1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
517121807      +E-mail/Text: bk@avant.com Jan 19 2018 23:18:12      Avant,    222 N. Lasalle St. Suite 1700,
                 Chicago, IL 60601-1101
517121809       EDI: CAPITALONE.COM Jan 19 2018 23:13:00      Capital One,    PO Box 85015,
                 Richmond, VA 23285-5015
517121811       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 19 2018 23:18:10       Comcast,
                 PO Box 3006,    Southeastern, PA 19398-3006
517121816      +E-mail/Text: accountservices@greenlineloans.com Jan 19 2018 23:18:08      Greenline Loans,
                 PO Box 507,    Hays, MT 59527-0507
517121819      +EDI: IRS.COM Jan 19 2018 23:13:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517121826       EDI: WFFC.COM Jan 19 2018 23:13:00      Wells Fargo,    PO Box 60510,    Bobs F,
                 Los Angeles, CA 90060-0510
517121825       EDI: WFFC.COM Jan 19 2018 23:13:00      Wells Fargo,    PO Box 60510,
                 Los Angeles, CA 90060-0510
517121827      +EDI: WFFC.COM Jan 19 2018 23:13:00      Wffnatbank,    PO Box 94498,    Las Vegas, NV 89193-4498
                                                                                               TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517121804       Amplyfing
517121824       Webpay
517121818       interface photography,    4364 Rue Becket, Pierrefonds
aty*           +Brian Thomas,    Brian Thomas, Esq,    327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
517121803*      Acima Credit,    601 Lewis St, Orange,    Sandy, UT 84070
517121810*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    PO Box 85015,    Richmond, VA 23285-5015)
                                                                                     TOTALS: 3, * 3, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 19, 2018
                              Form ID: 318             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor     ROUNDPOINT MORTGAGE SERVICING CORPORATION
               rsolarz@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Jasmine T. Jones mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```